Date signed October 25, 2010



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LATAYA TRILITA BOOZE | : | Case No. 09-34489PM |
| | : | Chapter 7 |
| Debtor | : | |
| SHERYLMAYNE WHITE | : | |
| Plaintiff | : | |
| vs. | : | Adversary No. 10-0188PM |
| | : | |
| LATAYA TRILITA BOOZE | : | |
| Defendant | : | |

### MEMORANDUM OF DECISION

This adversary proceeding was scheduled for hearing on October 20, 2010. While the Defendant appeared at trial, the Plaintiff did not. In any event, for the reasons set forth in this opinion, the result would have been the same. The Complaint states that the Debtor failed to pay a debt to the Plaintiff in the sum of $3,856.05, plus interest, growing out of the Debtor's breach of a lease agreement. The Debtor did not honor a consent decree that she had entered into.

The problem that the Plaintiff faces is that the Complaint she filed on March 23, 2010, was untimely filed. Bankruptcy Rule 4007(c) provides:

> **Rule 4007. Determination of Dischargeability of a Debt**
> **(c) Time for Filing Complaint under § 523(c) . . . ; Notice of Time Fixed.** Except as provided in subdivision (d), a complaint to determine the dischargeability of a debt under § 523(c) shall be filed no later than 60 days after the first date set for the meeting of creditors under § 341(a). . . .

The Meeting of Creditors was held on January 19, 2010. The 60th day after that meeting was

March 20, 2010, a Sunday. Under Bankruptcy Rule 9006(a)(3)(A), the date for filing was extended one additional day to March 21, 2010. This adversary proceeding was filed on March 23, 2010, two days late. Because of Bankruptcy Rule 9006(b)(3), the court does not have the power to extend the time for filing an adversary proceeding to determine the dischargeability of a debt once the time has run. Therefore, the court has no choice but to dismiss the Complaint.

      An appropriate order will be entered.

cc:
Lataya Booze, 4305 Donna Street, Suitland, MD 20746
Sherylmayne White, 67 S Street, N.W., Washington, DC 20001
Cheryl E. Rose, C/7 Trustee, 12154 Darnestown Road, #623, Gaithersburg, MD 20878

**End of Memorandum**